ORIGINAL

RECEIVED
FEB 10 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Reginald A. Krasney, et al., on behalf of themselves and all others similarly situated (list of all plaintiffs attached)
If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Nicholas E. Chimicles

Firm Name: Chimicles & Tikellis LLP

06-105 T

Post Office Box:

Street Address: 361 W. Lancaster Avenue

City-State-Zip: Haverford, PA 19041

Telephone & Facsimile Numbers: 610-642-8500; 610-649-3633 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes (application submitted on 2/10/06)

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 2 0 6
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ to be determined
Use estimate if specific amount is not pleaded.

Bid Protest: $ N/A
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.