***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| **REGINALD A. KRASNEY, MARION SACHUK, CAROLYN HRUSOVSKY, STACY MARKOWITZ, and CATERING BY DESIGN, INC., a Pennsylvania Corporation, on behalf of themselves and all other similarly situated taxpayers,** | ) | |
| **Plaintiffs,** | ) | **No. 06-105 T** |
| | ) | **(Judge Thomas C. Wheeler)** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of G. Robson Stewart as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

G. Robson Stewart, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

February 28, 2006

s/G. Robson Stewart
G. Robson Stewart
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202)307-6493
Fax (202) 514-9440
E-Mail: George.R.Stewart@usdoj.gov