Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633
E-mail: Mail@Chimicles.com

February 28, 2006

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
M. Katherine Meermans
Joseph G. Sauder
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs
Daniel J. Brown *
Benjamin F. Johns

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
Candice L.H. Hegedus

*Attorneys admitted to Jurisdiction other than PA

The Honorable Thomas C. Wheeler (via ECF)
The Honorable Mary Ellen Coster Williams (via UPS)
The United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20005

Re: RadioShack Corporation, on behalf of itself and others similarly situated v. The United States, Docket No. 1:06-cv-00028-MCW

Krasney, et. al., on behalf of themselves and all other similarly situated taxpayers v. The United States, et. al., Docket No. 1:06-cv-00105-TCW

Dear Judge Wheeler and Judge Williams,

We, with Montgomery, McCracken, Walker & Rhoads, LLP, represent the Plaintiffs in *Krasney, et. al., on behalf of themselves and all other similarly situated taxpayers v. The United States, et. al.*, Docket No. 1:06-cv-00105-TCW ("*Krasney*"), which has been assigned to the Honorable Judge Wheeler. This is a class action that challenges the constitutionality of the administration and collection of the Communications Excise Tax, 26 U.S.C. § 4251, *et. seq.*, by the Internal Revenue Service. The Complaint seeks relief on behalf of two classes: (1) refunds on behalf of a class of all taxpayers, but excluding those that already have received refunds or choose to pursue refund applications on an individual basis, and (2) prospective relief (including a *writ of mandamus*) on behalf of a class that essentially consists of all taxpayers subject to the Excise Tax.

We are writing to respectfully request a Pretrial Conference for the *Krasney* case pursuant to Rule 16 of the RCFC. We also are requesting that this Pretrial Conference include Counsel from another case, *RadioShack Corporation on behalf of itself and others similarly situated v. The United States, et. al.*, Docket No. 1:06-cv-00028-MCW ("*RadioShack*"), which has

WILMINGTON OFFICE
One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053

been assigned to the Honorable Judge Williams. The *RadioShack* complaint seeks refunds of the Communications Excise Tax on behalf of a class of taxpayers who opt into that action. While the claims and scope of relief in the *RadioShack* complaint differ from those in the *Krasney* complaint, we note that a Motion for Class Certification was filed in the *RadioShack* case on February 24, 2006 that appears to expand the class definition and claims in the *RadioShack* complaint to overlap with the proposed classes in the *Krasney* case. The purpose of the proposed Rule 16 Conference will be to discuss the coordination of these two cases.

Respectfully yours,

Nicholas E. Chimicles

cc: A. Duane Webber, Esquire (via UPS)
George M. Clarke III, Esquire (via UPS)
Robert H. Albaral, Esquire (via UPS)
*Plaintiff's Counsel for RadioShack*

G. Robson Stewart, Esquire (via ECF)
*Attorney of Record for the United States in* RadioShack *and* Krasney

R. Montgomery Donaldson, Esquire (via electronic mail)
Montgomery McCracken Walker & Rhoads, LLP