# In the United States Court of Federal Claims

No. 06-105T

(Filed: March 3, 2006)

```
***************************************** *
                                          *
REGINALD A. KRASNEY et al.,               *
                                          *
                      Plaintiffs,         *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                      Defendant.          *
                                          *
***************************************** *
```

**SCHEDULING ORDER**

At the request of Plaintiffs' counsel, the Court is setting an early status conference in these proceedings to discuss the relationship between this case and Radioshack Corp. et al. v. United States, No. 06-0028T, assigned to Judge Mary Ellen Coster Williams. Counsel for the parties are invited to address such issues as consolidation, assignment of the cases to a single judge, and the extent of potential overlap between the two cases. Accordingly, and with the concurrence of Judge Williams, the following schedule is established:

1. A Status Conference will be held at the Court with counsel for the parties on Tuesday, March 21, 2006 at 10:00 AM.

2. Counsel for the parties in Radioshack Corp. et al. v. United States, No. 06-0028T, are invited to attend and participate in this Status Conference.

3. The Clerk of the Court is requested to serve a copy of this Scheduling Order on counsel for the parties, and to enter this Order as a docket entry, in Radioshack Corp. et al. v. United States, No. 06-0028T. The names and addresses of counsel of record in Radioshack are as follows:

Allen Duane Webber, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Suite 900
Washington, DC 20006-4708

G. Robson Stewart, Esq.
U. S. Department of Justice
Tax Division, Claims Court Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044-0026

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge