# In the United States Court of Federal Claims

No. 06-105T

(Filed: March 8, 2006)

*************************************** *
*
REGINALD A. KRASNEY et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**AMENDED SCHEDULING ORDER**

At the request of Plaintiffs' counsel in Radioshack Corp. et al. v. United States, No. 06-0028T, and with the concurrence of counsel for the parties in this case, the Status Conference referenced in the Court's March 3, 2006 Scheduling Order is rescheduled for Friday, March 17, 2006 at 10:00 AM. In all other respects, the Court's March 3, 2006 Scheduling Order remains unchanged and in effect.

The Clerk of the Court is requested to serve a copy of this Amended Scheduling Order on counsel for the parties, and to enter this Order as a docket entry, in Radioshack Corp. et al. v. United States, No. 06-0028T. The names and addresses of counsel of record in Radioshack are as follows:

Allen Duane Webber, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Suite 900
Washington, DC 20006-4708

G. Robson Stewart, Esq.
U. S. Department of Justice
Tax Division, Claims Court Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044-0026

The Court requests counsel for the parties henceforth to refrain from communicating with the Court by letter. The permissible pleadings and motions that may be filed with the Court, as well as the format and means of service, are addressed in the Court's Rules. See, e.g., RCFC 5, 5.1, 5.2, 5.3, 7-12.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge