# In the United States Court of Federal Claims

No. 06-105T

(Filed: April 7, 2006)

```
****************************************** *
                                           *
REGINALD A. KRASNEY, et al.,               *
                                           *
                    Plaintiffs,            *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

**ORDER**

On April 6, 2006, the law firm of Levine, Blaszak, Block & Boothby, LLP filed a motion in this case asking the Court to "take notice of certain facts regarding pending and completed excise tax refund lawsuits, recent statements by the Secretary of the Treasury, and the prospects for the Internal Revenue Service's acquiescence in the outcome of [these] cases." (Motion at 1). The Levine law firm is not representing any party in this case, nor has the law firm requested leave to appear or intervene on behalf of any party. Accordingly, the referenced motion is hereby REJECTED. The Clerk is instructed to return the motion to Henry D. Levine, Esq. at the address indicated in the signature block of the motion.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge