**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| REGINALD A. KRASNEY,<br>MARION SACHUK,<br>CAROLYN HRUSOVSKY,<br>STACY MARKOWITZ, and<br>CATERING BY DESIGN, INC., a<br>Pennsylvania Corporation,<br>on behalf of themselves and<br>all other similarly situated taxpayers;<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES<br>OF AMERICA, THE INTERNAL<br>REVENUE SERVICE, and<br>MARK E. EVERSON, in his official<br>capacity as Commissioner of the<br>Internal Revenue Service;<br><br>Defendants. | Case No.: 06-105 T<br>Judge Wheeler |

**<u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to RCFC 41(a)(1), Plaintiffs Reginald A. Krasney, Marion Sachuk, Carolyn Hrusovsky, Stacy Markowitz, and Catering By Design, Inc. ("Plaintiffs"), voluntarily dismiss this action against all Defendants without prejudice.

Dated: May 2, 2006

Nicholas E. Chimicles, Esquire

**Attorney of Record for Plaintiffs:**

**CHIMICLES & TIKELLIS LLP**
Nicholas E. Chimicles
Benjamin F. Johns
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
E-mail: nick@chimicles.com

R. Montgomery Donaldson
Stephen A. Madva
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7800